IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS CARL BROEMER,
former Husband,

      Appellant,

v.

MARY HELEN BROEMER,
former Wife,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5884

Opinion filed July 6, 2016.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Jonathan J. Luca, Muench & Luca, PLLC, Jacksonville, for Appellant.

Seth Schwartz and Eric Lawson, The Schwartz Law Group, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.